UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

JAMES SCOTT, III,

              Plaintiff,

v

AMERIQUEST MORTGAGE COMPANY and JP
MORGAN CHASE BANK, as Trustee ,

              Defendants.

Case No. 06-cv-422

Hon. Paul L. Maloney

_____

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation of the parties, this action is hereby dismissed with prejudice and without assessment of costs or attorney fees to any party.

IT IS SO ORDERED:

September 14, 2007

/s/ Paul L. Maloney
_____
Hon. Paul L. Maloney
U.S. District Judge

5497088.1 07022/107255